UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAMES MORGAN,

        Petitioner,

                                      File No. 1:14-cv-300

v.

                                      HON. ROBERT HOLMES BELL

WILLIE SMITH,

        Respondent.

_____/

**O R D E R**

On October 23, 2016, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that the action be dismissed as meritless. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired.[1] On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the October 23, 2016, R&R (ECF No. 10) is **APPROVED** and **ADOPTED** as the opinion of this Court. A judgment will enter dismissing the action.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: <u>November 23, 2016</u>             /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE

---

[1]The R&R was initially mailed to the address on file for Petitioner. When that mail was returned as undeliverable, on October 31, 2016, the Court sent the R&R to Petitioner at Chippewa Correctional Facility, Petitioner's place of incarceration according to the Michigan Department of Corrections website.